**THE AMIN LAW GROUP, NV., LTD.**
Ismail Amin, Esq. (NV Bar No. 9343)
Lawrence Kulp, Esq. (NV Bar No. 7411)
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Telephone: 702.990.3583
Facsimile:  702.990.3501

Attorneys for Plaintiff DREAMDEALERS USA, LLC, dba EXOTICS RACING

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DREAMDEALERS USA, LLC dba EXOTICS RACING, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VULCAN MOTOR CLUB LIMITED LIABILITY COMPANY dba World Class Driving, a New Jersey limited liability company; and DOES 1-7,<br><br>　　　　Defendants. | Case No. 2:12-cv-01151-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ACTION , WITH PREJUDICE** |

WHEREAS, the parties in the above-style action have resolved their differences and reached a full and final settlement of all claims brought therein,

---

1
**STIPULATION AND ORDER TO DISMISS ACTION, WITH PREJUDICE**

Plaintiff DREAMDEALERS USA, LLC, dba Exotics Racing, and Defendant, VULCAN MOTOR CLUB LLC, dba World Class Driving, by and through their respective undersigned counsel, do hereby stipulate and agree that this action and all claims brought therein may be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees, and request that the Court enter an order accordingly.

RESPECTFULLY SUBMITTED on this 2nd day of July, 2013.

| THE AMIN LAW GROUP, NV., LTD | LEWIS & ROCA LLP |
|---|---|
| */s/ Ismail Amin, Esq.* | */s/ John L. Krieger, Esq.* |
| ISMAIL AMIN, ESQ. (NBN 9343) | JOHN L. KRIEGER, ESQ. (NBN 6023) |
| LAWRENCE KULP, ESQ. (NBN 7411) | 3993 Howard Hughes Parkway, Suite 600 |
| 3960 Howard Hughes Parkway, 5TH Fl. | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89169 | (702) 949-8200 |
| (702)990-3583 | (702) 949-8365 (fax) |
| (702) 990-3501 (Fax) | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 3, 2013